Order Entered on
June 08, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
TROY LEE GOSWICK
DANA RENAE GOSWICK
                                                        Debtor.

BANKRUPTCY NO. 11-05521-MM7

Date of Hearing:   6/2/11
Time of Hearing:   11:00 a.m.
Name of Judge:     Margaret M. Mann

## ORDER ON REAFFIRMATION AGREEMENT

For the reasons stated, and pursuant to the terms specified on the following page of this order, the court approves the debtor's motion to reaffirm a debt with SAN DIEGO COUNTY CREDIT UNION and disapproves the voluntary agreement under the terms of the specified agreement. Reaffirmation Docket Entry 9.

IT IS HEREBY ORDERED as set forth on the one continuation page attached, numbered two (2).

DATED:  June 07, 2011

_Margaret M Mann_
Judge, United States Bankruptcy Court

The Court grants the debtor's motion to reaffirm a debt with San Diego County Credit Union and approves the voluntary agreement under the terms specified in the Reaffirmation Agreement, Docket Entry No. 9. The Creditor is obligated to accept all pos-petition payments, including those in arrears, from the Debtor pursuant to the terms of the Reaffirmation Agreement before the Court.

**IT IS SO ORDERED.**

*Signed by Judge Margaret M. Mann June 07, 2011*